1046

No. 10–6304. DAVIS v. WILLIAMS, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–6322. HUMPHREYS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 10–6332. BLACKWELL v. YORK. C. A. 9th Cir. Certiorari denied.

No. 10–6333. BURTON v. SPOKANE POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–6341. COOK v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–6342. MCCARTY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–6345. GUIMARAES v. NATIONAL OPINION RESEARCH SERVICES (NORS) ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–6350. WATSON v. LOCKETTE ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–6351. WOJTCZAK v. SAFECO PROPERTY & CASUALTY INSURANCE COS. ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–6353. TORREZ v. ELEY. C. A. 10th Cir. Certiorari denied.

No. 10–6360. WOOLRIDGE v. EDWARDS. C. A. 9th Cir. Certiorari denied.

No. 10–6371. ROSS v. HENSE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–6388. SHABAZZ v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 10–6389. ROWL v. SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP, ET AL. C. A. 4th Cir. Certiorari denied.